# US DISTRICT COURT

# DISTRICT OF HAWAII

BRIAN EVANS, Plaintiff

General Delivery

Keaau, Hawaii 96749

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2013

at __ o'clock and __ min, __ M.
SUE BEITIA, CLERK

v.

The Governor of Massachusetts, Deval Patrick, in his individual and official capacity

State House

Boston, Massachusetts, Defendant

Attorney General Martha Coakley, Attorney General of Massachusetts, in her individual

and official capacity, Defendant

One Ashburton Place

Boston, MA 02108-1518,

CASE NUMBER: CV13 00268 JMS BMK

Essex County District Attorney's Office,

Searles Building, Room 306

41 Pleasant St.

Methuen, MA 01844

Jonathan Blodgett, Essex County District Attorney, in his individual and official capacity, Defendant

Searles Building, Room 306

41 Pleasant St.

Methuen, MA 01844,

City of Methuen, Massachusetts,

Searles Building, Room 306

41 Pleasant St.

Methuen, MA 01844

Methuen Police Department

Quinn Building

90 Hampshire St.

Methuen, MA 01844,

Stephen N. Zanni, Mayor, in his Individual and Official Capacity,

Searles Building, Room 306

41 Pleasant St.

Methuen, MA 01844,

Massachusetts Department of Public Health

250 Washington Street

Boston, Massachusetts 02108,

## COMPLAINT FOR CONSPIRACY TO COMMIT A PUBLIC FRAUD, CONSPIRACY, FAILURE TO PROSECUTE, CORRUPTION

Plaintiff, Brian Evans, in Pro Se, alleges against the Defendants Conspiracy to Commit A Public Fraud, Conspiracy, Failure To Prosecute, and Corruption.

The plaintiff's mother died at The Holy Family Hospital in Methuen, Massachusetts on October 2nd 2013. Knowing she had a condition known as Sleep Apnea, the hospital put her in an unmonitored recovery room, dosed her out on morphine, then left her alone in the room where she went into cardiac arrest without anyone in the hospital knowing what happened.

Plaintiff filed a Police Report with The Methuen Police Department on October 4th, 2013, believing that just because the hospital had the word "Hospital" on it, didn't give it a free pass to neglect his mother to the point that she died. The hospital never offered her a CPAP (a device that treats her sleep apnea), despite knowing she had sleep apnea before the routine knee surgery, nor have they been able to show any document where she would have signed such a waiver to the one piece of life saving equipment officials actually suggested she declined.

Plaintiff is a resident of Hawaii, and the only son of Helen Marie Bousquet.

The police officer in Methuen, Massachusetts took a police report, and a detective then contacted Plaintiff several days later. The detective in Methuen, Massachusetts, in his report, claimed to make two phone calls and then "closed the case," without any investigation whatsoever. The detective never even walked into the hospital.

Plaintiff's actions have resulted in the FBI now investigating the case, Massachusetts state senator now in the process of creating new proposals to legislation, numerous Proclamations from various Governors throughout the USA, and an investigation initiated by Sec. of State John F. Kerry to the Board of Medicine in Massachusetts.

Plaintiff, however, believes the Defendants have conspired to minimize this Criminally Negligent Homicide to the civil courts, and Plaintiff bellows explains what he believes are very obvious reasons as to why. The hospital, Steward Health Care System, has its hands in every avenue of Massachusetts, and Plaintiff brings this Complaint before this federal court, as it is proving impossible to make anyone at the state level in Massachusetts compel an investigation into the death of his mother.

**DEFENDANT GOVERNOR PATRICK**

Defendant Governor Patrick just appointed a Steward Health Care System executive as the new DPH Health Secretary in Massachusetts. It's been impossible to get the DPH to conduct any real investigation.

### DEFENDANT ATTORNEY GENERAL MARTHA COAKLEY

Defendant Martha Coakley just had a fundraiser at the home of Ralph De La Torre, the owner of Steward Health Care System. She was given $500,000 at this fundraiser for her campaign to run for Attorney General. When Plaintiff filed a complaint to her, she wrote Plaintiff and said she would not investigate Steward Health Care System due to "lack of funds to investigate."

### MASSACHUSETTS DEPARTMENT OF HEALTH

The Massachusetts Department of Health "conducted an investigation" that did not include interviewing or investigating one single witness who visited Plaintiff's mother in the recovery room, or the ICU. The Department of Public Health admitted this. This is obviously important, because Plaintiff and relatives/friends in the ICU room were told things such as "She should have been monitored," (when referring to Plaintiff's mother), as did her doctors. However, when the DPH later investigated the complaint filed by Plaintiff, the same nurses and doctor's denied making those statements to the Plaintiff or friends/family who were told these things in the ICU. The DPH, now headed by a Steward Health Care System former executive, appointed by Governor Patrick, closed the investigation without interviewing a single witness who could have conflicted with statements told to them by the staff at The Holy Family Hospital, owned by Steward Health Care System.

### METHUEN, MASSACHUSETTS/METHUEN POLICE DEPARTMENT, MAYOR OF METHUEN

The City of Methuen, The Methuen Police Department, and The Mayor of Methuen, all of whom were contacted by the Plaintiff, were all complicit in refusing to investigate the criminally negligent homicide charges I filed against the Holy Family Hospital, and Steward Health Care System. It's safe to say they are

not proposing new legislation in Massachusetts if something didn't go wrong in that room. The FBI would not be currently investigating Steward Health Care System if they didn't feel they had something to investigate.

### ESSEX COUNTY DISTRICT ATTORNEYS OFFICE

John Dawley, a District Attorney with the Essex County District Attorney's office, refused to investigate my criminal complaint, stating he would only do so after the DPH. Given the DPH investigation was a total sham, this is a fraud upon the people of the United States, not just Massachusetts. The Plaintiff asks the court to ponder this question seriously: How can the District Attorney await a DPH report before he initiates a criminal complaint, if the DPH admits it hasn't spoken to Plaintiff, and what Plaintiff witnessed, or his friends or family, which would be the very criminal elements the DA would then be investigating? If the DA is awaiting a report from the DPH that doesn't include the testimony in the DPH's investigation of witnesses such as Plaintiff or friends/family who visited in the recovery room or ICU, then how could the DA properly assess the case?

### CONCLUSION

Helen Bousquet died. She went to this hospital for knee surgery, and despite the very doctors who cleared her for this surgery knowing (and indeed the very doctors also were the ones who prescribed her the CPAP for home use months before this surgery they "cleared her" for) she had sleep apnea and SVT, a heart condition, left her alone, dosed out on morphine, and she died. This is the clear cut definition of Criminally Negligent Homicide. Just because it says "Hospital" on the building, shouldn't give Governor's, Attorney General's, District Attorney's, or anyone else the right to sweep it under the rug and chalk it up to a medical malpractice case or civil litigation. Plaintiff's mother meant more to him than a civil lawsuit, but meant nothing over campaign contributions to the Attorney General in Massachusetts and the other defendants. To allow the very politicians in Massachusetts to then have

the full authority to decide whether or not to investigate this case, while accepting money from who the Plaintiff is complaining about for their election campaigns, in contrary to everything that America is supposed to stand for. Truth, Justice, and the American Way. My mother got none of those three, and her son, who lives in Hawaii, shouldn't have to live in Massachusetts to get it. What happened her has results for us all.

## JURISDICTION

Plaintiff, a resident of Hawaii, filed this case under Diversity Jurisdiction, 28 USC 1332. This is The United States of America, and behavior from our Officials, in any state, is a danger to the nation. Plaintiff believes there simply has to be a forum and venue in which to pursue justice for his mother, and when the entire state and various officials are all wrapped up into Steward Health Care System's umbrella over politicians in that state, it makes it difficult to pursue that justice.

When the Governor and Attorney General are accepting monies from Steward Health Care System, then refusing to investigate claims of criminally negligent homicide (whether it's in a hospital or a donut shop), then we are all in serious trouble as a nation, not just in Massachusetts. Hawaii may not be where Helen Bousquet died, but it is where her only son lives, now unable to speak to her ever again. Plaintiff prays this State will allow him to hold those accountable for this fraud among US citizens in Massachusetts, and as a result, the nation. There are simply too many loopholes and procedures to hold those accountable for obvious conflicts of interest, and this is why Plaintiff has chosen to file this federal suit in the state for which he resides.

## RELIEF

Plaintiff files suit against all named Defendants for $100 million dollars plus any additional amounts the court sees fit. Any award to be donated to charities/causes the Plaintiff provides to the court.

Plaintiff also requests this court order, with as much authority as it can, an investigation into the allegations made in this Complaint with the appropriate officials for which this court can.

JURY TRIAL DEMANDED RESPECTFULLY

_____

BRIAN EVANS

Plaintiff, Pro Se

May 23rd, 2013