# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 9, 2013

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Brian Evans
        v. Deval Patrick, Governor of Massachusetts, et al.
        No. 13-6887
        (Your No. 13-16553)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk